FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2019 APR -9  P 1:42

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FELONY**

BILL OF INFORMATION FOR EMBEZZLEMENT,
THEFT OF LABOR UNION ASSETS AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO.: 19-00064 |
| v. | * | SECTION: SECT. F MAG. 4 |
| MARK DOUGLAS | * | VIOLATION: 29 U.S.C. § 501(c) |
| | * | |

* * *

The United States Attorney charges that:

## COUNT 1

Between on or about November 11, 2011 and January 17, 2015, in the Eastern District of Louisiana, the defendant, Mark Douglas, while President of the United Food and Commercial Workers Local 1101, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $7,078.35; all in violation of Title 29, United States Code, Section 501(c).



___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

## NOTICE OF FORFEITURE

1. The allegations of Count 1 of this Bill of Information are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c).

2. As a result of the offense alleged in Count 1, defendant, **MARK DOUGLAS**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c), any and all property, real or personal, which constitutes or is derived from proceeds traceable to a violation of Title 29, United States Code, Section 501(c).

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Section 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c).

PETER G. STRASSER
UNITED STATES ATTORNEY

G. DALL KAMMER
Assistant United States Attorney
Louisiana Bar No. 26948

New Orleans, Louisiana
April 9, 2019

No. _____

# United States District Court
## FOR THE
EASTERN  DISTRICT OF  LOUISIANA

UNITED STATES OF AMERICA

vs.

MARK DOUGLAS

BILL OF INFORMATION FOR EMBEZZLEMENT, THEFT OF LABOR UNION ASSETS AND NOTICE OF FORFEITURE

Violation(s): 29 U.S.C. § 501 (c)

Filed _____, 20 19 ___, Clerk.

By _____, Deputy

_____
Assistant United States Attorney
G. Dall Kammer